UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUN -8 PM 2:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, | ) | Case No. 07MJ1087 |
|---|---|---|
| v. | ) ) ) | JUDGMENT AND COMMITMENT |
| PAMELLA JEAN CIBERAY | ) ) ) | M. BETANCOURT, FEDERAL DEFENDERS, INC. Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 656 - Misapplication of Funds by Bank Employee (Misdemeanor)

**x** Defendant pleaded guilty to count One (1) of the complaint
___ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

**x** Defendant is adjudged guilty on count One (1) of the complaint

**x** PROBATION for a term of ONE (1) YEAR. Six Months Supervised Probation and Six Months Unsupervised Probation.
on the following conditions:
**x** obey all laws, Federal, State and Municipal
**x** must complete forty (40) hours of community service within the first six months of probation.
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
**x** Penalty assessment of $ 25.00
**x** Fine waived          ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

June 4, 2007
Date of Imposition of Sentence

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE
Entered on: